# UNANIMOUS WRITTEN CONSENT IN LIEU OF SPECIAL MEETING OF THE DIRECTORS OF LADY MOON FARMS INCORPORATED

The undersigned, being the sole Director of Lady Moon Farms, a Pennsylvania corporation (the **"Company"**), in lieu of a special meeting, do hereby adopt, approve and consent to the following preambles and resolutions, with the same effect for all purposes as if such action had been taken at a duly convened meeting of the Directors:

WHEREAS, the Company, desires to:

1. Approve the Stipulation and Compromise with Immigration and Customs Enforcement (hereinafter referred to as "ICE") entered into by sole Director and stockholder Thomas Beddard ; and

2. Authorize Thomas Beddard as President of the Company, to execute and deliver all documents, statements, and agreements and to do such other acts as may be necessary or desirable to permit the Company to accomplish all of the foregoing and hereinafter described acts.

**NOW, THEREFORE, BE IT:**

RESOLVED, that the Company be and hereby is authorized and empowered to enter into a Stipulation and Compromise Agreement with ICE;

FURTHER RESOLVED, that Thomas Beddard, as President of the Company, be and hereby is authorized, directed and empowered to execute and deliver on behalf of the Company, all agreements and documents and to do such other acts as may be deemed necessary or desirable to consummate the transactions described herein. Any such agreements or documents previously executed by Thomas Beddard for the purposes described herein are hereby expressly ratified and approved. Thomas Beddard is further authorized, directed and empowered to make any changes deemed necessary in connection with the ICE related agreement; and to execute such other documents, agreements, instruments, or writings and to perform such other and further acts as may be reasonably required in connection with the ICE related Documents.

FURTHER RESOLVED, that this written consent may be executed in one or more counterparts by the Directors, each of which will be deemed to be an original, but all of which together shall constitute one and the same documents, and the facsimile signature of the Directors shall be deemed to be his genuine signature; and it is further

FURTHER RESOLVED, that any actions taken in the name of and on behalf of the Company prior to the date hereof in relation to any or all of the events or documents described in the foregoing resolutions not already ratified, confirmed or approved be, and hereby are, ratified, confirmed and approved.

IN WITNESS WHEREOF, the undersigned have hereunto set their respective hands as of the 15th day of May, 2009.

**DIRECTOR:**

_____
THOMAS BEDDARD

Resolution — Lady Moon Farms Incorporated May 2009